UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENARD BROWN, BENEDICTA
CHARLES, MICHAEL PERCHIANO,
TERRELL ERSKINE, an infant under the
age of 18 years, by his aunt and legal
guardian BENEDICTA CHARLES, and
SHAQUISHA BROWN, an infant under
the age of 18 years, by her mother and
natural guardian BENEDICTA CHARLES,

                     Plaintiffs,

      - against -

CITY OF NEW YORK, et al,

                     Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 2 6 2011 ★

BROOKLYN OFFICE

**ORDER**
10-CV-00634(RRM) (RER)

**MAUSKOPF, United States District Judge.**

On October 15, 2010, Plaintiffs Denard Brown, Benedicta Charles, Michael Perchiano, Terrell Erskine, and Shaquisha Brown, an infant under the age of 18 years, by her stepmother and legal guardian Benedicta Charles (collectively, "Plaintiffs") moved for approval of an infant compromise. (Doc. No. 11.) By Order entered October 15, 2010, this Court referred that motion to the assigned Magistrate Judge, the Honorable Ramon E. Reyes, Jr., for a Report and Recommendation. On January 7, 2011, Judge Reyes issued a Report and Recommendation (the "R&R") recommending that Plaintiff's motion be granted. (Doc. No. 13.) Judge Reyes reminded the parties that any objection to the R&R was due January 21, 2011. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

## CONCLUSION

In accordance with the above, Magistrate Judge Reyes's R&R [Doc. No. 13], recommending approval of the proposed infant compromise [Doc. No. 11.] is hereby ADOPTED, and the settlement is approved in accordance with the express terms and in the manner prescribed therein.

SO ORDERED.

Dated: Brooklyn, New York
January 24, 2011

s/Roslynn R. Mauskopf
ROSLYNN R. MAUSKOPF
United States District Judge